# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-05-4160 |
| NL INDUSTRIES, *et al.*, | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| TRE MANAGEMENT COMPANY, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-06-3504 |
| GEORGIA-PACIFIC CORPORATION, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER DENYING MOTION TO EXTEND DEADLINES**

Defendant Milwhite Inc. ("Milwhite") has moved to extend two of the deadlines set in this court's order referring certain claims to mediation. (Docket Entry No. 390). Milwhite requests that the date for scheduling the mediation be extended to November 30, 2009 and that the date for completion of the mediation be extended to March 30, 2010. (*Id.* at 1). After filing its motion, Milwhite advised this court that the parties have already conferred with the mediator, making the request to extend the deadline for scheduling the mediation moot. (Docket Entry No. 391). Milwhite also advised this court that the parties are currently

working to schedule the mediation in February 2010, and stated that the request to extend the date for completing the mediation may also be moot. (*Id.*).

Milwhite's motion is denied. The request to extend the deadline for scheduling the mediation is moot. To the extent the request to extend the deadline for completing the mediation is not moot, it is denied because of the need to move this case forward. This case has been pending since 2005 and there is no good cause for granting an extension to the deadline for completing the mediation at this point.

SIGNED on November 16, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge