IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., *et al.*, | § § § § § | |
| Plaintiffs, | | |
| VS. | § § § | CIVIL ACTION NO. H-05-4160 |
| NL INDUSTRIES, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER SETTING HEARING**

The court will hold a status conference and a hearing on the Motion of Georgia-Pacific for Summary Judgment or Judgment on the Pleadings Denying Any Claims of the Tremont Parties, (Docket Entry No. 408), joined by Milwhite Inc., (Docket Entry No. 413), on **May 24, 2010, at 2:00 p.m., in Courtroom 11B, United States District Court, 515 Rusk Avenue, Houston, Texas.**

SIGNED on May 7, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge