**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-05-4160 |
| NL INDUSTRIES, *et al.,* | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| TRE MANAGEMENT COMPANY, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-06-3504 |
| GEORGIA-PACIFIC CORPORATION, *et al.*, | § § § | |
| Defendants. | § | |

**MEDIATION ORDER**

The mediation order previously issued in this case, (Docket Entry No. 387), required the parties to mediate the remaining claims involving Georgia-Pacific, Milwhite, and Halliburton before Lester J. Levy, Esq. of JAMS. That order required each party to be represented by a principal, partner, officer, or other representative with full authority to negotiate and make decisions on settlement. The order further stated that if one or more insurance companies had to be involved in settling the case, a representative from each insurance company with authority to negotiate a settlement had to be present during the mediation. That order was supplemented to require certain insurance company representatives to attend the mediation session on April 14, 2010, (Docket Entry

No. 397), and was amended to specify the location of that mediation session, (Docket Entry No. 401).

This court has determined that it would be beneficial for all parties with any outstanding claims in the case to attend the next scheduled mediation session.  The previous mediation orders are supplemented to require the Tremont Parties—including NL Industries, Inc., TRE Management Company, TRE Holding Corporation, and Tremont LLC, and their corresponding insurers—to attend the next scheduled mediation, along with Georgia-Pacific Corporation, Milwhite Inc., and Halliburton Energy Services, Inc. and DII Industries, LLC.  The mediation will take place on **June 24, 2010**, beginning at **9:00 a.m.**  The mediation will be held at:

> Thompson Coe Cousins & Irons
> One Riverway
> Suite 1600
> Houston, Texas 77056

SIGNED on June 7, 2010, at Houston, Texas.

> Lee H. Rosenthal
> United States District Judge