**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-05-4160 |
| NL INDUSTRIES, *et al.*, | § § § § | |
| Defendants. | § | |
| | | |
| TRE MANAGEMENT COMPANY, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-06-3504 |
| GEORGIA-PACIFIC CORPORATION, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER FOR DISMISSAL (WITH PREJUDICE)**

The Court having read the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. All of Milwhite, Inc.'s claims against Georgia-Pacific LLC f/k/a Georgia-Pacific Corporation are dismissed, with prejudice, each party to bear its own costs and fees.

2. All of the claims of Georgia-Pacific LLC f/k/a Georgia-Pacific Corporation against Milwhite, Inc., are dismissed with prejudice, each party to bear its

own costs and fees.

SIGNED on August 12, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge