**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-05-4160 |
| NL INDUSTRIES, *et al.*, | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| TRE MANAGEMENT COMPANY, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-06-3504 |
| GEORGIA-PACIFIC CORPORATION, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Based on the parties' stipulation, this court orders as follows:

1.  All of Tremont LLC, TRE Management Company, TRE Holding Corporation, and NL Industries, Inc.'s claims against Milwhite, Inc. are dismissed, with prejudice. Each party is to bear its own costs and fees.

2.  All of Milwhite, Inc.'s claims against Tremont LLC, TRE Management Company, TRE Holding Corporation, and NL Industries, Inc., are dismissed with prejudice. Each party is to bear its own costs and fees.

3.  All rights contained in the Settlement Agreement among Tremont LLC, TRE Management

Company, TRE Holding Corporation, NL Industries, Inc., and Milwhite, Inc. are reserved and are not prejudiced by this Order of Dismissal.

SIGNED on August 17, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge